NICHOLS, J.—Suit filed by appellee against appellant on notes and account for insurance premiums alleged to be due appellee. Answers by appellant that he did not execute the notes and did not owe the account.

Trial and verdict of jury assessing appellee's damages at $240.81, the full amount sued for.

Appellant assigns as the only error the action of the court in overruling his motion for a new trial, and complains only that the court erred in sustaining an objection to a question that is not set out in form or substance in his motion for a new trial. Nothing is presented.

Affirmed.

---

## HINDMAN ET AL. *v.* DOTY ET AL.

[No. 12,451.    Filed October 13, 1925.    Rehearing denied January 6, 1926.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between Dan P. Hindman and others and Sarah A. Doty and others. From the award made therein, the former appeals. *Affirmed.* By the court in banc.

*Arthur W. Parry,* for appellants.
*Finley A. Nash* and *Link McClintock,* for appellees.

PER CURIAM.—Judgment affirmed.

---

## WASSMAN *v.* SMITH ET AL.

[No. 12,190.    Filed November 6, 1925.    Rehearing denied January 12, 1926.]

From Wabash Circuit Court; *Albert Ward,* Special Judge.

Action between Mary C. Wassman and James P. Smith and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*D. F. Brooks,* for appellant.
*Walter S. Bent,* for appellees.

PER CURIAM.—Judgment affirmed.